**LAW OFFICE OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (SBN: 118694)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile:  (916)444-5558

Attorney for Defendant
**MOHAMMAD JAVED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>MOHAMMAD JAVED,<br><br>                    Defendant. | CASE NO.  2:16-CR-00011-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE: March 28, 2017<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.By previous order, this matter was set for status on March 28, 2017[1].

2.By this stipulation, defendant now moves to continue the status conference May 2, 2017, and to exclude time between March 28, 2017 and May 2, 2017, under Local Code T4.

3.The parties agree and stipulate, and request that the Court find the following:

a)The government has represented that the discovery associated with this case includes investigative thirteen law enforcement reports and 13 CDs of audio and video recordings encompassing several hours of recorded conversations.  All of this discovery has been either produced directly to counsel.

---

[1] At the January 17, 2017 status conference, the Court advised the parties that the March 28, 2017 hearing date will be for a plea or set, and that there would be no further continuances.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

b) Counsel for defendant has proposed a resolution in this case and has been engaged in settlement discussions with the government. Prior to finalizing a mutually acceptable resolution, however, defense counsel must provide the government with supporting information on various relevant matters. Defense counsel was hopeful to have this information to the government in sufficient time to move forward with a change of plea on March 28, 2017. Regrettably, defense counsel could not fully assemble and provide the supporting information to the government in light of the unavailability of an essential party. Hence, additional time is needed by the defense to obtain and provide this information to the government.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 28, 2017 to May 2, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

IT IS SO STIPULATED.

Dated: March 9, 2017              PHILLIP A. TALBERT
                                  United States Attorney


                                  /s/ Justin Lee
                                  Justin Lee
                                  Assistant United States Attorney


Dated: March 9, 2017              /s/ Johnny L. Griffin, III
                                  JOHNNY L. GRIFFIN, III
                                  Counsel for Defendant
                                  Mohammad Javed


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 13th day of March, 2017


                                  /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE