1  **LAW OFFICES OF JOHNNY L. GRIFFIN III**
   **JOHNNY L. GRIFFIN, III (SBN 118694)**
2  1010 F Street, Suite 200
   Sacramento, CA 95814
3  Telephone: (916) 444-5557
   Facsimile: (916) 444-5558
4

5  Attorneys for Defendant
   **MOHAMMAD JAVED**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-CR-00011-JAM |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| | **ORDER TO MODIFY TERMS AND** |
| vs. | **CONDITIONS OF PRETRIAL RELEASE** |
| MOHAMMAD JAVED, | Hon. Edmund F. Brennan |
| Defendant. | |

On December 15, 2015, Defendant was ordered released on an unsecured $50,000 bond, which was co-signed by his father. Defendant was further ordered to surrender his passport and follow all conditions of release as stated on the record and contained within the Special Conditions of Release as prepared by Pretrial Services. On May 22, 2017, Pretrial Services confirmed that Defendant has remained in full compliance will all terms and conditions of his pretrial release.

Defendant by and through his undersigned counsel, Johnny L. Griffin III, and the United States of America, through Assistant U.S. Attorney Justin L. Lee, hereby stipulate and request the Court to modify Defendant's pretrial release and no longer require supervision by Pretrial Services.

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

Specifically, it is stipulated and agreed that Pretrial Services shall no longer supervise Defendant's pretrial release and that all Special Conditions of Release be stricken except the following:

1. You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;
2. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; However, medicinal marijuana, prescribed or not, may not be used; and
3. You shall not associate or have any contact with co-defendant unless in the presence of counsel.

All other Conditions of Release contained in the December 15, 2015 Notice to Defendant Being Release, with the exception of Conditions 4 and 5, shall remain as previously ordered.

Dated: May 22, 2017          Respectfully submitted,


                             /s/ Johnny L. Griffin, III
                             JOHNNY L. GRIFFIN, III
                             Attorney for Defendant
                             Mohammad Javed


Dated: May 22, 2017          PHILIP A. TALBERT
                             United States Attorney

                        By:  /s/ Justin L. Lee[1]
                             JUSTIN L. LEE
                             Assistant United States Attorney

---

[1] Assistant U. S Attorney Justin Lee authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.

Stipulation and [Proposed] Order to Modify Terms and Conditions of Pretrial Release- 2

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

**ORDER**

Based on the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: May 22, 2017.

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

Stipulation and [Proposed] Order to Modify Terms and Conditions of Pretrial Release- 3