McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>MOHAMMAD JAVED,<br><br>                    Defendant. | CASE NO. 2:16-CR-00011 JAM<br><br>STIPULATION AND ORDER<br>TO SET BRIEFING SCHEDULE<br><br>DATE:<br>TIME:<br>COURT: Hon. John A. Mendez |
|---|---|

**STIPULATION TO SET BRIEFING SCHEDULE**

On November 2, 2020, the defendant filed a Motion to Reduce Sentence Under 18 U.S.C. § 3582(c)(1)(A)(i). Dkt. 89. That same day, the Court set a briefing schedule by minute order. Dkt. 91. By this stipulation, the parties jointly request that the Court set the following briefing schedule:

1. The United States's response shall be filed by November 17.

2. The defendant's reply shall be filed by November 24.

IT IS SO STIPULATED.

///

///

///

///

STIPULATED REQUEST FOR BRIEFING SCHEDULE        1

| | |
|---|---|
| Dated: November 2, 2020 | McGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ JUSTIN L. LEE<br>JUSTIN L. LEE<br>Assistant United States Attorney |
| Dated: November 2, 2020 | /s/ TIMOTHY E. WARRINER<br>TIMOTHY E. WARRINER<br>Counsel for Defendant<br>Mohammad Javed |

## ORDER

Based on the request of the parties, the Court adopts the following briefing schedule. The United States shall file its response to the defendant's motion by November 17, 2020. The defendant shall file any reply by November 24, 2020.

IT IS SO ORDERED this 2nd day of November, 2020.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE