Timothy E. Warriner, SBN 166128
Attorney at law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 443-7141

Attorney for:
Mohammad Javed

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>MOHAMMAD JAVED,<br>                Defendant. | CASE NO. 2:16-CR-00011 JAM<br><br>REQUEST TO FILE UNDER SEAL AND PROPOSED ORDER |

      Pursuant to Local Rule 141(b), Defendant, Mohammad Javed, by and through his Counsel, Timothy E. Warriner, respectfully requests an Order sealing Exhibit 4 to Mr. Javed's motion to reduce sentence under 18 U.S.C. § 3582(c)(1)(A)(i). The Exhibit contains medical records provided by the U.S. Bureau of Prisons. The exhibit and records have been served upon counsel for the government.

      The Court may order documents to be filed under seal. While the press and the public have a presumed right of access to court proceedings and documents under the first amendment, this presumed right is not absolute. See Press-Enterprise Co. v. Superior Court, 464 U.S. 501 (1985). It can be overcome based on findings that closure is essential to preserve higher values and is narrowly tailored to serve that interest. Id. From the Court's perspective, the controlling interest is to articulate along with findings specific enough that a reviewing court can determine whether the closure order was properly entered. Id.

      Here, the Defense seeks to file the exhibits under seal because of the nature of the information contained within the documents. The information within the documents contains confidential medical

information.

Respectfully Submitted,

Dated: November 2, 2020

/s/   Timothy E. Warriner
TIMOTHY E. WARRINER, ESQ.
Attorney for Mohammad Javed

**ORDER**

Pursuant to Local Rule 141(b), and base upon the representation contained in Defendant's Request to Seal, IT IS SO FOUND AND ORDERED THAT, Exhibit 4 to Defendant Javed's motion to reduce sentence under 18 U.S.C. § 3582(c)(1)(A)(i)  shall be sealed until further order of this Court.

DATED:  November 12, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE